# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 21, 2006

To:   United States Court of Appeals   Attn:   (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk                       ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103           ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:          CV 04-00496S0M          Appeal No:   05-15259

Short Title:    Hawaii Saeronam Preb. Vs. Ziglar

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: counsel