UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK
OFFICIAL BUSINESS

Nathan W. Choi
1188 Bishop Street Ste 2511
Honolulu, HI 96814

**RECEIVED**
CLERK, U.S. DISTRICT COURT
SEP 29 2006
DISTRICT OF HAWAII

CHOI188 96813301716056609/27/06
FORWARD TIME EXP RTN TO SEND
LAW OFFICE OF NATHAN CHOI
1609 KALAKAUA AVE STE C300
HONOLULU HI 96815-1525

PRESORTED
FIRST CLASS



HONOLULU HI
SEP 21 06
PB METER
7050426
U.S. POSTAGE
$00.371

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  September 21, 2006

To:  United States Court of Appeals      Attn:  (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk      ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103    ( )  Judge

From:  United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:          CV 04-00496S0M          Appeal No:    05-15259
Short Title:    Hawaii Saeronam Preb. Vs. Ziglar

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: counsel