MOATT INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
05-15259 Hawaii Saeronam Preb v. Ziglar, et al

| | |
|---|---|
| HAWAII SAERONAM PRESBYTERIAN CHURCH<br>    Plaintiff - Appellant | Nathan W.S. Choi, Esq.<br>FAX 808/979-2101<br>808/979-2100<br>Suite C300<br>[COR LD NTC ret]<br>LAW OFFICE OF NATHAN W.S. CHOI<br>1888 Kalakaua Ave.<br>Honolulu, HI 96815 |
| v. | |
| JAMES W. ZIGLAR, Commissioner of the United States Citizenship and Immigration Service<br>    Defendant - Appellee | Harry Yee<br>FAX 808/541-3808<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC usa]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Mark C. Walters, Esq.<br>FAX 616 9366<br>202-616-4857<br>[COR LD NTC aus]<br>Anh-Thu P. Mai, Esq.<br>FAX 202/616-9366<br>202/353-7835<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Civil Div./Office of Immigration Lit.<br>P.O. Box 878, Benjamin Franklin Station<br>Washington, DC 20044 |
| DONALD NEUFELD, District Director of the California Service Center, Service Center of the United States Citizenship and Immigration Service<br>    Defendant - Appellee | Harry Yee<br>(See above)<br>[COR LD NTC usa]<br><br>Mark C. Walters, Esq.<br>(See above)<br>[COR LD NTC aus]<br>Anh-Thu P. Mai, Esq.<br>(See above)<br>[COR LD NTC gov] |