United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   September 21, 2006

*R o D*

To:    Judge STEPHEN TROTT
       U.S. COURTHOUSE
       550 W. FORT STREET, STE. 667
       BOSIE   ID 83724-0040

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:        CV 04-00496S0M          Appeal No:    05-15259
Short Title:       Hawaii Saeronam Preb. Vs. Ziglar

✓ Clerk's Files in    ~~2~~   volumes  (✓) original  ( ) certified copy    *only 2 Volumes Rec'd.*

  Bulky docs           _____   volumes (folders)  docket #

✓ Reporter's           1       volumes  (✓) original  ( ) certified copy
  Transcripts

  Exhibits            _____    volumes ( ) under seal

                      _____    boxes  ( ) under seal

*RECEIVED*
*CLERK U.S. DISTRICT COURT*
*NOV 26 2007*
*DISTRICT OF HAWAII*

Other:
-certified copy of docket sheet
-sealed document nos:

*( came back TO US Az )*

Acknowledgment: *Judge. Trott's Chambers*    Date: *9/25/06*